NO. 07-10-0454-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL A

 DECEMBER 16, 2010

 ______________________________

 KANDY GILBERT, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX
 OF THE ESTATE OF ELIZABETH MOORE, APPELLANT

 V.

 RONALD E. MOORE, AS INDEPENDENT EXECUTOR
 OF THE ESTATE OF OATHER WINFIELD MOORE, APPELLEE

 _________________________________

 FROM THE 286[TH] DISTRICT COURT OF HOCKLEY COUNTY;

 NO. 09-12-21987; HONORABLE PAT PHELAN, JUDGE

 _______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.
 MEMORANDUM OPINION
 Pending before this Court is Appellants Motion to Dismiss Appeal in which she requests that this appeal be dismissed. Without passing on the merits of the case, the motion is granted and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1). Having dismissed the appeal at Appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.
 Patrick A. Pirtle
 Justice